IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BAZLEY,

    Petitioner,                  No. CIV S-06-2124 GEB KJM P

    vs.

BOARD OF PRISON TERMS,

    Respondent.              ORDER

_____/

        Petitioner is a state parolee proceeding pro se with a petition for a writ of habeas corpus. On November 21, 2006, this court directed petitioner to show cause why this case should not be dismissed for failing to present a live case or controversy.  Petitioner has responded to the order.  In light of that response, the court will discharge the order to show cause.

        IT IS HEREBY ORDERED that:

        1. The order to show cause filed November 21, 2006 is discharged;

        2. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

1

1     3. If the response to the habeas petition is an answer, petitioner's reply, if any,
2 shall be filed and served within thirty days after service of the answer;

3     4. If the response to the habeas petition is a motion, petitioner's opposition or
4 statement of non-opposition to the motion shall be filed and served within thirty days after
5 service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
6 thereafter; and

7     5. The Clerk of the Court shall serve a copy of this order together with a copy of
8 the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,
9 Senior Assistant Attorney General.

10 DATED: January 9, 2007.

U.S. MAGISTRATE JUDGE

2

baze2124.vf&r